| | |
|---|---|
| 1 | MELINDA HAAG (CSBN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CSBN 150630)<br>Chief, Criminal Division |
| 4 | PATRICIA J. KENNEY (CSBN 130238)<br>Assistant United States Attorney |
| 5 |    450 Golden Gate Avenue, Box 36055<br>   San Francisco, California 94102-3495 |
| 6 |    Telephone: 415.436.6857<br>   Facsimile:  415.436.6748 |
| 7 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|                 Plaintiff, | ) | CV 10-3054 JSW |
| | ) | |
|      v. | ) | |
| | ) | |
| DEFENDANT COUNTERFEIT | ) | STIPULATED ORDER: |
| MERCHANDISE AND PROCEEDS | ) | (1) STAYING THE INSTANT CASE AND |
| FROM SALES OF COUNTERFEIT | ) | (2) TAKING THE FEBRUARY 18, 2011 |
| MERCHANDISE, INCLUDING: | ) | CASE MANAGEMENT CONFERENCE |
| | ) | OFF CALENDAR |
| (1)  APPROXIMATELY 4,426 ARTICLES | ) | |
| OF COUNTERFEIT MERCHANDISE | ) | |
| FROM L&J FASHION COMPANY, 2585 | ) | |
| TAYLOR ST., SAN FRANCISCO, CA; | ) | |
| | ) | |
| (2)  APPROXIMATELY 4,581 ARTICLES | ) | |
| OF COUNTERFEIT MERCHANDISE | ) | |
| FROM NEW CWK GIFT, 2655 TAYLOR | ) | |
| ST., SAN FRANCISCO, CA; | ) | |
| | ) | |
| (3)  APPROXIMATELY 6,228 ARTICLES | ) | |
| OF COUNTERFEIT MERCHANDISE | ) | |
| AND APPROXIMATELY $1,052.00 IN | ) | |
| U.S. CURRENCY FROM NEW LIFE | ) | |
| GIFT, 417 BEACH ST., SAN | ) | |
| FRANCISCO, CA; | ) | |
| | ) | |
| (4)  APPROXIMATELY 1,330 ARTICLES | ) | |
| OF COUNTERFEIT MERCHANDISE | ) | |
| AND APPROXIMATELY $331.89 IN U.S. | ) | |
| CURRENCY FROM JC TRADING, 269A | ) | |
| JEFFERSON ST., SAN FRANCISCO, CA; | ) | |

| | |
|---|---|
| 1 | (5) APPROXIMATELY 47 ARTICLES OF COUNTERFEIT MERCHANDISE FROM A RESIDENCE LOCATED AT 1601 31ST AVE., SAN FRANCISCO, CA; |
| 2 | |
| 3 | |
| 4 | (6) APPROXIMATELY 12,068 ARTICLES OF COUNTERFEIT MERCHANDISE AND APPROXIMATELY $3,987 IN U.S. CURRENCY FROM A RESIDENCE LOCATED AT 558 UNION ST., SAN FRANCISCO, CA; |
| 5 | |
| 6 | |
| 7 | |
| 8 | (7) APPROXIMATELY 1,309 ARTICLES OF COUNTERFEIT MERCHANDISE FROM A RESIDENCE LOCATED AT 556 UNION ST., SAN FRANCISCO, CA; |
| 9 | |
| 10 | (8) APPROXIMATELY 260 ARTICLES OF COUNTERFEIT MERCHANDISE AND APPROXIMATELY $29,353 IN U.S. CURRENCY FROM A RESIDENCE LOCATED AT 15584 TILDEN ST., SAN LEANDRO, CA; |
| 11 | |
| 12 | |
| 13 | |
| 14 | (9) APPROXIMATELY 1,907 ARTICLES OF COUNTERFEIT MERCHANDISE FROM ALL SAFE SELF STORAGE UNIT #5045, LOCATED AT 526 LEWELLING BLVD., SAN LEANDRO, CA; AND |
| 15 | |
| 16 | |
| 17 | (10) APPROXIMATELY 98,018 ARTICLES OF COUNTERFEIT MERCHANDISE FROM ALL SAFE SELF STORAGE UNIT #7055, LOCATED AT 526 LEWELLING BLVD., SAN LEANDRO, CA; |
| 18 | |
| 19 | |
| 20 | (11) APPROXIMATELY 3,548 ARTICLES OF COUNTERFEIT MERCHANDISE LOCATED AT 639 VALLEJO ST., SAN FRANCISCO, CA; |
| 21 | |
| 22 | |
| 23 | Defendants. |

1  The parties agree, subject to the Court's approval, that the instant civil forfeiture action be
2  stayed pursuant to 18 U.S.C. § 1981(g)(1) and (2) because there is a pending before this Court a
3  related criminal case, *United States v. Chen, et al.,* 10-CR-00565 JSW, and (1) civil discovery could
4  adversely affect the prosecution of the related criminal case; and (2) proceeding with this civil
5  forfeiture action could adversely burden the right of claimants against self-incrimination.
6  Accordingly, the parties agree, subject to the Court's approval, to stay this case and to take the
7  currently scheduled case management conference for February 18, 2011 at 1:30 p.m. off calendar
8  until further order of this Court.

10  IT IS SO STIPULATED:                              MELINDA HAAG
                                                       United States Attorney

12  Dated: February  8 , 2011                                  /s/
                                                       PATRICIA J. KENNEY
                                                       Assistant United States Attorney

                                                       LAW OFFICES OF STUART HANLON

14  Dated: February  8 , 2011                                  /s/
                                                       STUART HANLON
                                                       SARA RIEF
                                                       Attorneys for Claimants Irene Mei,
                                                       Chien Chuan Mei and Alan Mei

17  Dated: February  8 , 2011                                  /s/
                                                       GALIA A. PHILLIPS
                                                       Attorney for Claimant Huaming Wu Mei

19  Dated: February  8 , 2011                                  /s/
                                                       DORON WEINBERG
                                                       Attorney for Claimant Shelley Xue Hua Lin Mei

22  PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS SO ORDERED
23  ON THIS  8th day  OF FEBRUARY, 2011 THAT (1) THE INSTANT CASE IS STAYED UNTIL
24  FURTHER ORDER OF THIS COURT AND (2) THE CASE MANAGEMENT CONFERENCE
25  SCHEDULED FOR FEBRUARY 18, 2011 BE, AND HEREBY IS, TAKEN OFF CALENDAR.

Because the criminal proceedings are pending before this Court, it shall not require status reports from the parties.

HONORABLE JEFFREY S. WHITE
United States District Judge

Stipulated Stay of Civil Forfeiture Action No. 10-CV-3054 JSW

If at any time any party believes the stay should be lifted, they may file a properly noticed motion with the Court seeking that relief. If the parties agree that the stay may be lifted, they may seek such relief via stipulation.

3