MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415.436.6857
Facsimile: 415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANT COUNTERFEIT MERCHANDISE AND PROCEEDS FROM SALES OF COUNTERFEIT MERCHANDISE, INCLUDING:<br><br>(1) APPROXIMATELY 4,426 ARTICLES OF COUNTERFEIT MERCHANDISE FROM L&J FASHION COMPANY, 2585 TAYLOR ST., SAN FRANCISCO, CA;<br><br>(2) APPROXIMATELY 4,581 ARTICLES OF COUNTERFEIT MERCHANDISE FROM NEW CWK GIFT, 2655 TAYLOR ST., SAN FRANCISCO, CA;<br><br>(3) APPROXIMATELY 6,228 ARTICLES OF COUNTERFEIT MERCHANDISE AND APPROXIMATELY $1,052.00 IN U.S. CURRENCY FROM NEW LIFE GIFT, 417 BEACH ST., SAN FRANCISCO, CA;<br><br>(4) APPROXIMATELY 1,330 ARTICLES OF COUNTERFEIT MERCHANDISE AND APPROXIMATELY $331.89 IN U.S. CURRENCY FROM JC TRADING, 269A JEFFERSON ST., SAN FRANCISCO, CA; | CV 10-3054 JSW<br><br>SETTLEMENT AGREEMENT BETWEEN THE UNITED STATES AND SHELLEY XUE HUA LIN AND STIPULATED DISMISSAL OF DEFENDANT APPROXIMATELY $1,052.00 IN UNITED STATES CURRENCY SEIZED FROM NEW LIFE GIFT AT 417 BEACH STREET IN SAN FRANCISCO, CALIFORNIA |

(5) APPROXIMATELY 47 ARTICLES OF COUNTERFEIT MERCHANDISE FROM A RESIDENCE LOCATED AT 1601 31ST AVE., SAN FRANCISCO, CA;

(6) APPROXIMATELY 12,068 ARTICLES OFCOUNTERFEIT MERCHANDISE AND APPROXIMATELY $3,987 IN U.S. CURRENCY FROM A RESIDENCE LOCATED AT 558 UNION ST., SAN FRANCISCO, CA;

(7) APPROXIMATELY 1,309 ARTICLES OF COUNTERFEIT MERCHANDISE FROM A RESIDENCE LOCATED AT 556 UNION ST., SAN FRANCISCO, CA;

(8) APPROXIMATELY 260 ARTICLES OF COUNTERFEIT MERCHANDISE AND APPROXIMATELY $29,353 IN U.S. CURRENCY FROM A RESIDENCE LOCATED AT 15584 TILDEN ST., SAN LEANDRO, CA;

(9) APPROXIMATELY 1,907 ARTICLES OF COUNTERFEIT MERCHANDISE FROM ALL SAFE SELF STORAGE UNIT #5045, LOCATED AT 526 LEWELLING BLVD., SAN LEANDRO, CA; AND

(10) APPROXIMATELY 98,018 ARTICLES OF COUNTERFEIT MERCHANDISE FROM ALL SAFE SELF STORAGE UNIT #7055, LOCATED AT 526 LEWELLING BLVD., SAN LEANDRO, CA;

(11) APPROXIMATELY 3,548 ARTICLES OF COUNTERFEIT MERCHANDISE LOCATED AT 639 VALLEJO ST., SAN FRANCISCO, CA;

Defendants.

The United States and claimant Shelly Xue Hua Lin agree as follows:

1. Plaintiff is the United States of America ("United States"). On December 15, 2010, Shelly Xue Lin filed a claim to the approximately $1,052.00 in United States currency which is a portion of defendant listed in the caption as number (3) and which was seized from New Life Gift at 417 Beach Street in San Francisco, California, along with other defendants, approximately 6,228 articles of counterfeit merchandise. After proper notification and publication was given, the only person who filed a timely claim to any of defendants listed in the caption as number (3) was claimant Shelly Xue Lin. As a result, only claimant Lin has a right to defend defendant $1,052.00. The United States and claimant Lin are hereafter referred to as the "parties" in this document which is hereinafter referred to as the "Settlement Agreement" or "Agreement."

2. After full and open discussion, the parties to this Settlement Agreement agree to resolve any and all claims which claimant Lin has made to defendant approximately $1,052.00 listed in the caption as number (3) as well as any claims which she could have made as to any other defendant in this action.

3. The parties agree that the resolution of the lawsuit is based solely on the terms stated in this Settlement Agreement. It is expressly understood that this Settlement Agreement has been freely and voluntarily entered into by the parties. The parties further agree that there are no express or implied terms or conditions of settlement, whether oral or written, other than those set forth in this Agreement. This Agreement shall not be modified or supplemented except in writing signed by the parties to it. The parties have entered into this Settlement Agreement in lieu of continued protracted litigation and District Court adjudication.

4. The parties further agree that this Settlement Agreement does not constitute an admission or precedent on any legal issue for any purpose whatsoever, including all administrative proceedings and any lawsuits.

5. The United States and claimant Shelly Lin agreed that she would only file a claim to defendant $1,052.00 and that, in return, claimant Lin would waive any right, title or interest which could have allowed her to file a claim for any defendant in this action, including the remainder of

the defendants listed in the caption as number (3), which are approximately 6,228 articles of counterfeit merchandise seized from the New Life Gift at 417 Beach Street in San Francisco, California. Further the parties agreed that, after the claim filing period expired and if no other claims were filed to the approximately 6,228 articles of counterfeit merchandise seized from New Life Gift, that the United States would dismiss defendant $1,052.00 and return those funds to claimant Lin by a check made payable to claimant Lin and her attorney, Doron Weinberg, and sent to Doron Weinberg at the Law Offices of Doron Weinberg, 523 Octavia Street, San Francisco, California 94102. Thus, the parties agree that, subject to the Court's approval, defendant $1,052.00 shall be dismissed from this lawsuit. Further, such payment shall be in full settlement and satisfaction of any and all claims which claimant Lin, her heirs, representatives and assignees made or could have made to defendants in this action, including to defendant $1,052.00.

6. The parties agree that claimant Lin releases and discharges the United States, as well as any past and present officials, employees, agents, attorneys, their successors and assigns, from any and all obligations, damages, liabilities and demands of any kind and nature whatsoever, whether suspected or unsuspected, at law or in equity, known or unknown, arising out of the seizure of all defendants listed in the caption, including defendants listed as number (3) and any of the allegations in plaintiff's Complaint for Forfeiture, filed on July 12, 2010.

7. Claimant Lin does not contest that the United States has sufficient evidence to support the forfeiture of the defendants listed as number (3) in the caption, including the approximately 6,228 articles of counterfeit merchandise seized from New Life Gift.

8. Claimant Lin shall hold harmless the United States, including its agents, officers, representatives and employees, as well as any and all state and local law enforcement officials, for any and all acts directly or indirectly related to the seizure of defendant $1,052.00, the facts alleged in the Complaint for Forfeiture and the forfeiture of defendant $1,052.00.

9. The United States and Claimant agree that each party shall pay its own attorneys' fees and costs.

///

10. Based on the foregoing, the United States and claimant Lin agree that the Court shall dismiss defendant $1,052.00.

IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

Dated: February 9, 2011

PATRICIA J. KENNEY
Assistant United States Attorney

Dated: February 9, 2011

DORON WEINBERG
Attorney for Claimant Shelley Xue Hua Lin

Dated: February 9, 2011

SHELLEY XUE HUA LIN
Claimant

BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS 10th DAY OF February, ~~2007~~ 2011, AND DEFENDANT $1,052.00 IS HEREBY DISMISSED ON THE FOREGOING TERMS.

HONORABLE JEFFREY S. WHITE
United States District Judge