UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTERFEIT MERCHANDISE AND PROCEEDS FROM SALES OF COUNTERFEIT MERCHANDISE, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C-10-3054 JSW (EMC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF; AND REPORT AND RECOMMENDATION RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>**(Docket Nos. 29, 46)** |

　　　　On May 3, 2011, this Court issued a report and recommendation in which it recommended that a "default judgment be entered against the defendant property other than Group (3), Group (8), and the $3,987 cash identified in Group (6)." Docket No. 45 (R&R at 14). The government has now filed a motion asking that the recommendation be corrected based on a ministerial error by the Court. The Court has reviewed the government's motion and agrees that a ministerial error was made with respect to Group (3). Thus, the Court recommends that the government's proposed order at Docket No. 47, which incorporates the correction to Group (3), be adopted. In particular, the

///

///

///

///

///

///

Court recommends that the default judgment include the 6,228 articles of counterfeit merchandise listed in Group (3).

Any party may file objections to this report and recommendation with the district judge within fourteen days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Civil L.R. 72-3.

IT IS SO ORDERED.

Dated: May 16, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge