IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEFENDANT COUNTERFEIT MERCHANDISE AND PROCEEDS FROM SALES OF COUNTERFEIT MERCHANDISE, INCLUDING,<br><br>(1) APPROXIMATELY 4,426 ARTICLES OF COUNTERFEIT MERCHANDISE FROM L&J FASHION COMPANY, 2585 TAYLOR STREET, SAN FRANCISCO, CA, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-03054 JSW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION RE MOTION TO APPOINT TO SET ASIDE ENTRY OF DEFAULT, AND MOTION FOR LEAVE TO FILE VERIFIED CLAIM AND ANSWER, AND MOTION FOR DEFAULT JUDGMENT** |

This matter comes before the Court upon consideration of Magistrate Judge Chen's Report and Recommendation, in which he recommends this Court grants the motion to appoint counsel for claimant Hui Jin Chen, grant Chen's motion to set aside the entry of default entered against defendant $3,987 identified in Group (6) and to permit her to file a verified claim and answer, and to grant Default Judgment as to specified defendants.

The Court finds the Report well-reasoned and thorough and adopts it in every respect. Accordingly, Ms. Chen's motion for appointment of counsel is GRANTED, and Mr. Tyler shall be entered on the docket as counsel of record for claimant Chen. Chen shall file a verified answer by July 6, 2011.

//

//

//

It is FURTHER ORDERED that the Government's motion for default judgment as to specified defendants is GRANTED, and the Court shall enter a separate judgment as to those defendants.

**IT IS SO ORDERED.**

Dated: June 6, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE