IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEFENDANT COUNTERFEIT MERCHANDISE AND PROCEEDS FROM SALES OF COUNTERFEIT MERCHANDISE, INCLUDING (1) APPROXIMATELY 4,426 ARTICLES OF COUNTERFEIT MERCHANDISE FROM L&J FASHION COMPANY, 2585 TAYLOR STREET, SAN FRANCISCO, CA, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 10-03054 JSW<br><br>**ORDER REQUIRING JOINT STATUS REPORT AND INSTRUCTIONS TO CLERK** |

On June 6, 2011, this Court issued an Order Adopting former Magistrate Judge Chen's Report and Recommendation granting appointment of counsel for claimant Hui Jin Chen, granting Chen's motion to set aside the entry of default entered against defendant $3,987 identified in "Group 6", and to permit her to file a verified claim and answer, and to grant Default Judgment as to specified defendants. In that Order, the Court directed that Hui Jin Chen file a verified answer by no later than July 6, 2011.

There has been no further action by any party since that time. Accordingly, the remaining parties shall file a joint status report to the Court by no later than March 9, 2012, setting forth the status of any remaining claims.

//

1     It is FURTHER ORDERED that, pursuant to the Default Judgment entered as Docket No. 50, the Clerk shall revise the caption and the docket sheet to reflect the remaining defendants in this case. (*See* Docket No. 50, Default Judgment at 4:14-20.)

**IT IS SO ORDERED.**

Dated: February 27, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California