**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DEFENDANT COUNTERFEIT MERCHANDISE AND PROCEEDS FROM SALES OF COUNTERFEIT MERCHANDISE, INCLUDING,<br><br>(1) APPROXIMATELY 4,426 ARTICLES OF COUNTERFEIT MERCHANDISE FROM L&J FASHION COMPANY, 2585 TAYLOR STREET, SAN FRANCISCO, CA, et al.,<br><br>    Defendants.<br> _____ / | No. C 10-03054 JSW<br><br>**ORDER REQUIRING JOINT STATUS REPORT** |

On March 1, 2012, the parties filed a Joint Status Report. There has been no further action since that time. It is HEREBY ORDERED that the parties shall file a joint status report by no later than July 1, 2014, setting forth the status of this litigation, whether a case management conference is required, or whether a dismissal or additional motions for default judgment will be file.

**IT IS SO ORDERED.**

Dated: June 23, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE