IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DEFENDANT COUNTERFEIT MERCHANDISE AND PROCEEDS FROM SALES OF COUNTERFEIT MERCHANDISE, INCLUDING,<br><br>(1) APPROXIMATELY 4,426 ARTICLES OF COUNTERFEIT MERCHANDISE FROM L&J FASHION COMPANY, 2585 TAYLOR STREET, SAN FRANCISCO, CA, et al.,<br><br>          Defendants.<br>_____/ | No. C 10-03054 JSW<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On March 1, 2012, the parties filed a Joint Status Report. Because there had been no further action since that time, on June 23, 2014, the Court ordered the parties to file a joint status report by no later than July 1, 2014, setting forth the status of this litigation, whether a case management conference is required, or whether a dismissal or additional motions for default judgment will be file. The parties did not file a joint status report.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the Court should not lift the stay and dismiss this case for failure to prosecute the remaining defendants. Plaintiff's response to this Order to Show Cause shall be due on July 25, 2014.

//

//

//

//

If the Court does not receive a response by that date, the Court will lift the stay, dismiss the remaining defendants without prejudice and shall terminate this case.

**IT IS SO ORDERED.**

Dated: July 2, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE