IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEFENDANT COUNTERFEIT MERCHANDISE AND PROCEEDS FROM SALES OF COUNTERFEIT MERCHANDISE, INCLUDING,<br><br>(1) APPROXIMATELY 4,426 ARTICLES OF COUNTERFEIT MERCHANDISE FROM L&J FASHION COMPANY, 2585 TAYLOR STREET, SAN FRANCISCO, CA, et al.,<br><br>　　　　Defendants.<br>_____ / | No. C 10-03054 JSW<br><br>**ORDER LIFTING STAY; SETTING CASE MANAGEMENT CONFERENCE AND NOTICE TO PARTIES RE NOTICING HEARING DATES FOR MOTIONS** |

　　　　The Court has received and considered the parties' joint status report. The Court HEREBY LIFTS the stay in this matter. The parties are ordered to appear for a case management conference on August 29, 2014 at 11:00 a.m., United States District Courthouse, Courtroom 5, 1301 Clay Street, Second Floor, Oakland, California.

　　　　The Court HEREBY ADVISES the parties that when the notice motions in this case, they should notice their motions on open and available date for terminal digits 1 and 2.

　　　　**IT IS SO ORDERED.**

Dated: July 11, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE