1 | MELINDA HAAG (CABN 132612)
United States Attorney
2

3 | J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4 | PATRICIA J. KENNEY (CABN 130238)
Assistant United States Attorney
5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
7 | Telephone: (415) 436-6857
FAX: (415) 436-7234
8 | Email: patricia.kenney@usdoj.gov

9 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEFENDANT COUNTERFEIT ) <br> MERCHANDISE AND PROCEEDS FROM ) <br> SALES OF COUNTERFEIT MERCHANDISE,) <br> INCLUDING: ) <br> ) <br> (1) APPROXIMATELY $3,987 IN U.S. ) <br> CURRENCY FROM A RESIDENCE ) <br> LOCATED AT 558 UNION ST., SAN ) <br> FRANCISCO, CA; AND ) <br> ) <br> (2) APPROXIMATELY 260 ARTICLES OF ) <br> COUNTERFEIT MERCHANDISE AND ) <br> $29,353 IN U.S. CURRENCY FROM A ) <br> RESIDENCE LOCATED AT 15584 TILDEN ) <br> ST., SAN LEANDRO, CA, ) <br> ) <br> Defendants. ) <br> ) <br> ─────────────────────────────── ) <br> ) <br> HUI JIN CHEN, IRENE MEI, CHIEN CHUAN ) <br> MEI AND ALAN MEI, ) <br> ) <br> Claimants. ) <br> ─────────────────────────────── ) | No. 10-CV-3054 JSW <br><br> ORDER DISMISSING 260 ARTICLES OF COUNTERFEIT MERCHANDISE SEIZED FROM 5584 TILDEN ST., SAN LEANDRO, CA AND DISCHARGING ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE |

UPON CONSIDERATION OF the government's response to the Order to Show Cause, the fact that defendant Approximately 260 Articles of Counterfeit Merchandise seized from 15584 Tilden Street, San Leandro, California, has been administratively forfeited, the entire record and for good cause shown, it is by the Court on this 29th day of July, 2014,

ORDERED that defendant Approximately 260 Articles of Counterfeit Merchandise be, and hereby is, DISMISSED as a defendant because the case is moot in that the defendant has already been administratively forfeited.

The Court also makes explicit that it discharges its previous order to show cause to the Government regarding dismissal for failure to prosecute.

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

ORDER DISMISSING
DEFENDANT 260 ARTICLES
NO. 10-CV-03054 JSW                     1