IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DEFENDANT PROCEEDS FROM SALES OF COUNTERFEIT MERCHANDISE, INCLUDING,<br><br>(1) APPROXIMATELY $3,987 IN U.S. CURRENCY FROM A RESIDENCE LOCATED AT 558 UNION ST., SAN FRANCISCO, CA et al.,<br><br>    Defendants.<br><br>HIU JIN CHEN, IRENE MEI, CHIEN CHUAN MEI, AND ALAN MEI,<br><br>    Claimants<br>_____/ | No. C 10-03054 JSW<br><br>**ORDER RE CASE MANAGEMENT CONFERENCE** |

The Court has reviewed the parties' joint case management conference statement. The parties have not included dates for pretrial and trial. Accordingly, by no later than August 25, 2014, the parties shall submit a revised case management conference statement that includes the following information:

1. Proposed dates for a final pretrial conference and trial. The parties shall familiarize themselves with the Court's guidelines for civil bench and jury trials, which sets forth deadlines and requirements for pretrial filings.

2. A specific ADR procedure and a deadline to complete ADR. If the parties do not intend to proceed with ADR, they should explain why. The Court reserves the right to order the parties to participate in a court ordered ADR procedure.

3.   The United States shall set forth its position on whether Docket Nos. 1-7 and 16 may be unsealed.

**IT IS SO ORDERED.**

Dated: August 19, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2