IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DEFENDANT PROCEEDS FROM SALES OF COUNTERFEIT MERCHANDISE, INCLUDING,

(1) APPROXIMATELY $3,987 IN U.S. CURRENCY FROM A RESIDENCE LOCATED AT 558 UNION ST., SAN FRANCISCO, CA et al.,

    Defendants.

HIU JIN CHEN, IRENE MEI, CHIEN CHUAN MEI, AND ALAN MEI,

    Claimants
                                      /

No. C 10-03054 JSW

**ORDER VACATING ORDER TO SHOW CAUSE; ORDER TO SHOW CAUSE TO GOVERNMENT RE UNSEALING; AND ORDER OF REFERRAL FOR SETTLEMENT CONFERENCE**

      The Court has reviewed the parties' amended joint case management conference statement. The United States did hot set forth its position on whether Docket Nos. 1-7 and 16 may be unsealed. Accordingly, by no later than August 29, 2014, the Government shall submit a statement as to why the documents should not be unsealed. If the Government fails to file a statement by that date, the Court shall direct the Clerk to file those documents in the public record.

      The Court VACATES the case management conference scheduled for August 29, 2014.

      The Court HEREBY REFERS this matter to a randomly assigned magistrate judge for purposes of conducting a settlement conference to be completed by no later than February 27, 2015.

It is FURTHER ORDERED that the deadline to complete fact and any expert discovery, including the exchange of expert disclosures, shall be February 27, 2015.

It is FURTHER ORDERED that the deadline to file dispositive motions shall be February 27, 2015. The parties shall notice any such motions for hearing, in accordance with the Local Rules, on an open and available date on this Court's calendar for **terminal digits 1 and 2.**

It is FURTHER ORDERED that the parties shall appear for a further case management conference on March 6, 2014 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: August 25, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE