IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DEFENDANT PROCEEDS FROM SALES OF COUNTERFEIT MERCHANDISE, INCLUDING,<br><br>(1) APPROXIMATELY $3,987 IN U.S. CURRENCY FROM A RESIDENCE LOCATED AT 558 UNION ST., SAN FRANCISCO, CA et al.,<br><br>    Defendants.<br><br>HIU JIN CHEN, IRENE MEI, CHIEN CHUAN MEI, AND ALAN MEI,<br><br>    Claimants<br>_____/ | No. C 10-03054 JSW<br><br>**ORDER DIRECTING CLERK TO SCAN AND FILE DOCUMENTS** |

    The Court has received the United States' response to the Court's Order directing it to set forth its position on whether Docket Nos. 1-7 and 16 may be unsealed. (Docket No. 71.) The Court notes that the titles of these documents are available through the ECF System and, thus, the United States correctly notes that it does appear that all documents in this case were unsealed. The Court's previous order did not make clear that these documents had not been made electronically accessible.

//

//

//

//

Based on the United States' most recent filing, response, the Clerk is HEREBY ORDERED to scan and electronically file Docket Nos. 1-7 and 16 so that they are electronically accessible.

**IT IS SO ORDERED.**

Dated: August 27, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2