STUART HANLON, SBN: 66104
SARA RIEF, SBN: 227279
LAW OFFICES OF HANLON & RIEF
179 - 11th Street, 2nd Floor
San Francisco, California 94103

Telephone: (415) 864-5600
Facsimile: (415) 864-5600
Email: stuart@stuarthanlonlaw.com

Attorneys for Defendant
CHIEN CHUAN MEI
ALAN MEI
IRENE MEI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:10-CV-03054 JSW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER DENYING MOTION TO |
| APPROXIMATELY $29,353.00 IN UNITED STATES CURRENCY; and | MOTION TO WITHDRAW AS MOOT AND VACATING HEARING |
| Defendants. | (Docket No. 78.) |
| CHIEN CHUAN MEI ALAN MEI IRENE MEI, | |
| Claimants. | |

IT IS HEREBY ORDERED that Counsel for Claimant's Motion to Withdraw as Counsel in the above-referenced matter previously set for October 31, 2014, be taken off calendar. The motion to withdraw is denied as moot.

September 10, 2014

_____
HON. JUDGE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT