United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEFENDANT PROCEEDS FROM SALES OF COUNTERFEIT MERCHANDISE, INCLUDING,<br><br>(1) APPROXIMATELY $3,987 IN U.S. CURRENCY FROM A RESIDENCE LOCATED AT 558 UNION ST., SAN FRANCISCO, CA et al.,<br><br>　　　　Defendants.<br><br>HIU JIN CHEN, IRENE MEI, CHIEN CHUAN MEI, AND ALAN MEI,<br><br>　　　　Claimants<br>　　　　　　　　　　　　　　　　　　　／ | No. C 10-03054 JSW<br><br>**ORDER EXTENDING TIME TO RESPOND TO ORDER DATED SEPTEMBER 8, 2014** |

　　　　On September 8, 2014, the Court issued an Order regarding the fact that Docket No. 76 was inadvertently filed in the public record, although it contained privileged information. The Court Ordered that Plaintiff or any other counsel, other than counsel for the Mei claimants, who electronically received a copy of Document No. 76 and had not yet opened that document or reviewed it, not to open it and to file a notice certifying that they have complied with the Court's directive by September 12, 2014.  The Court also ordered that, if counsel for Plaintiff or any other counsel who received Docket No. 76 had opened the document, they were to destroy Docket No. 76 or return their copy to counsel for the Mei claimants and to file a notice attesting they have done so by September 12, 2014.

　　　　As of the date of this Order, none of the parties have complied with the Court's Order. Accordingly, the Court shall extend the time to file the notice required by the Court's previous

order to **September 24, 2014.**  If the Court has not received the requisite notices by that date, the Court shall issue an order to show cause as to why sanctions should not be imposed for failure to comply with the Court's Order.

**IT IS SO ORDERED.**

Dated: September 17, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2