IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEFENDANT PROCEEDS FROM SALES OF COUNTERFEIT MERCHANDISE, INCLUDING,<br><br>(1) APPROXIMATELY $3,987 IN U.S. CURRENCY FROM A RESIDENCE LOCATED AT 558 UNION ST., SAN FRANCISCO, CA et al.,<br><br>　　　　Defendants.<br><br>HIU JIN CHEN, IRENE MEI, CHIEN CHUAN MEI, AND ALAN MEI,<br><br>　　　　Claimants<br>　　　　　　　　　　　　　　　　　　　／ | No. C 10-03054 JSW<br><br>**ORDER RE MOTION TO STRIKE CLAIMS OF MEI CLAIMANTS**<br><br>**(Docket No. 70)** |

　　　　On August 26, 2014, the Plaintiff filed an amended motion to strike the claims of the "Mei Claimants," which is noticed for a hearing on October 31, 2014.  Although counsel for the Mei Claimants had moved to withdraw, she subsequently withdrew that motion and stated that the Mei Claimants had accepted Plaintiff's offer to settle this matter.  (*See* Docket No. 79.)  The Mei claimants did not file a substantive response to Plaintiff's motion, and the Plaintiff did not file a reply brief.

　　　　The Court HEREBY ORDERS the parties to submit a joint status report by **October 3, 2014**, in which they set forth the status of any settlement and whether a hearing on the motion to

1  strike set for October 31, 2014, is necessary or whether that motion is now moot.

2  **IT IS SO ORDERED.**

3  Dated: September 18, 2014

4  JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE