MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PATRICIA J. KENNEY (CABN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6857
    FAX: (415) 436-7234
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DEFENDANT COUNTERFEIT MERCHANDISE AND PROCEEDS FROM SALES OF COUNTERFEIT MERCHANDISE, INCLUDING:<br><br>(1) APPROXIMATELY $3,987 IN U.S. CURRENCY FROM A RESIDENCE LOCATED AT 558 UNION ST., SAN FRANCISCO, CA; AND<br><br>(2) APPROXIMATELY $29,353 IN U.S. CURRENCY FROM A RESIDENCE LOCATED AT 15584 TILDEN ST., SAN LEANDRO, CA,<br><br>        Defendants.<br>_____<br>HUI JIN CHEN, IRENE MEI, CHIEN CHUAN MEI AND ALAN MEI,<br><br>        Claimants.<br>_____ | No. 10-CV-3054 JSW<br><br>ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE UNITED STATES AND THE THREE MEI CLAIMANTS – IRENE MEI, CHIEN CHUAN MEI AND ALAN MEI<br><br>AND TERMINATING MOTIONS TO STRIKE<br>(Docket Nos. 68 and 70.) |

The United States and the three, remaining claimants who claim an interest in defendant $29,353 Seized from the residence at 15584 Tilden Street, San Leandro, California, agree as follows:

1.  Plaintiff is the United States of America ("United States") and defendant is $29,353.

2.  Claimants Irene Mei, Chien Chuan Mei and Alan Mei ("Claimants") are the only remaining parties to have filed a timely claim and answer in order to appear and defend defendant $29,353. The United States and Claimants are hereafter referred to as the "Parties" in this document which is hereinafter referred to as the "Settlement Agreement" or "Agreement."

3.  Claimants Irene Mei and Alan Mei each represents that he or she is of sound mind, at or past the age of majority and able to read and understand English such that both have read this Settlement Agreement. As attested to below, Claimant Irene Mei and faithfully and accurately interpreted this document into Cantonese for her father, Chien Chuen Mei, who understands this document and based on that understanding has signed below.

4.  After full and open discussion, the Parties have agreed to resolve any and all remaining claims. Specifically, to avoid continued and protracted litigation, the parties have agreed to resolve any and all claims asserted or which could have asserted against defendant $29,353, as well as against any and all claims asserted or which could have been asserted against past and present officials, employees and agents of the United States, including those at the United States Department of Justice, as well as at other Federal agencies and all state and local law enforcement officers and agents, arising out of the seizure of defendant $29,353, the allegations in the civil complaint for forfeiture underlying this action and the forfeiture contemplated by this Settlement Agreement.

5.  The Parties agree the resolution of claimants' claims is based solely on the terms stated in this Settlement Agreement. It is expressly understood that this Agreement has been freely and voluntarily entered into by the Parties. The Parties further agree that there are no express or implied terms or conditions of settlement, whether oral or written, other than those set forth in this Agreement. This Agreement shall not be modified or supplemented except in writing signed by the Parties. The Parties have entered into this Agreement in lieu of prolonged litigation and District Court adjudication.

6.  This Settlement Agreement is expressly understood by the Parties not to be an adjudication on the merits of any factual or legal issue involving claims which were brought, or could have been

SETTLEMENT AGREEMENT BETWEEN
US AND THE THREE MEI CLAIMANTS
NO. 10-CV-03054 JSW                          1

brought. As such, the Parties agree that the Settlement Agreement does not constitute an admission that either Claimants or the United States, or any past or present official, employee or agent of the United States, including the United States Department of Justice and other Federal agencies, have in any way violated any law, including the Constitution, any statute or regulation. The Parties further agree that this Settlement Agreement does not constitute precedent on any legal issue for any purpose.

7. The Parties agree that 90% ($26,417.70) of defendant $29,353 will be forfeited to the United States without further notice to Claimants and disposed of in accordance with law. The Parties further agree that the remaining 10% ($2,935.30) of defendant $29,353 will be returned to Claimants Irene Mei, Chien Chuan Mei, and Alan Mei plus interest accrued, under 28 U.S.C. §1961, from the date that the defendant $29,353 was seized on February 10, 2010. The $2,935.30 plus accrued interest will be paid by wire transfer to the account designated by Claimants on an ACH form after Claimants provide a properly filled out ACH form and W9 form to the United States. The United States will provide copies of both forms to be completed to counsel for Claimants. Upon receipt of the properly completed forms from counsel for Claimants and the entry of this Settlement Agreement as an order, the United States will commence processing the payment to Claimants under this Agreement.

8. Payment of the $2,935.30 to Claimants shall be in full settlement and complete satisfaction of any and all claims which Claimants, their heirs, representatives and assignees made, or could have made, in this case. Further, upon signing this Agreement, Claimants release and discharge the United States, as well as any past and present officials, employees, agents, attorneys, their successors and assigns, and those of the state and local law enforcement officers from any and all claims which were made or could have been made in this case.

9. Claimants also agree to hold harmless the United States, its agencies, agents, and representatives and those of the state and local law enforcement officers, for any and all claims arising out of the seizure of defendant $29,353, the allegations in the civil complaint for forfeiture underlying this action and the forfeiture contemplated by this Settlement Agreement.

10. The United States and each of the Claimants agrees to bear its or his own attorney fees and costs related to this action.

///

SETTLEMENT AGREEMENT BETWEEN
US AND THE THREE MEI CLAIMANTS
NO. 10-CV-03054 JSW                2

11. The Parties agree, if any dispute arises with respect to the implementation of the terms of this Settlement Agreement, that no party shall seek to rescind the Agreement but can apply to the Court, if necessary, for enforcement of the Agreement. The Parties agree that the Court retains jurisdiction for purposes of enforcing this Settlement Agreement. In any such enforcement proceeding, however, each Party agrees in advance to bear its, his or her own attorney fees and costs.

12. Based on the foregoing, the parties agree that this action be dismissed and that the Parties' proposed Judgment be entered by the Court.

IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

PATRICIA J. KENNEY
Assistant United States Attorney

Dated: September 24, 2014

Dated: September 24, 2014

STUART HANLON
SARA RIEF
Attorneys for Claimants Irene Mei,
Chien Chuan Mei and Alan Mei

Dated: September 22, 2014

IRENE MEI
Claimant

Dated: September 22, 2014

CHIEN CHUAN MEI
Claimant

Dated: September 22, 2014

ALAN MEI
Claimant

I, Irene Mei, declare under penalty of perjury that I am fluent in Cantonese and in English and that I faithfully and accurately translated the entire, foregoing Agreement in Cantonese to my father, Chien Chuan Mei, and that my father told me he understood all the terms contained in this document before signing above on lines 14-15. Executed on this 22 day of September, 2014, in San Francisco, CA.

IRENE MEI
Claimant

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION.

September 26, 2014

HONORABLE JEFFREY S. WHITE
United States District Judge

SETTLEMENT AGREEMENT BETWEEN
US AND THE THREE MEI CLAIMANTS
NO. 10-CV-03054 JSW

3