**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DEFENDANT PROCEEDS FROM SALES OF COUNTERFEIT MERCHANDISE, INCLUDING,

(1) APPROXIMATELY $3,987 IN U.S. CURRENCY FROM A RESIDENCE LOCATED AT 558 UNION ST., SAN FRANCISCO, CA et al.,

    Defendants.

HIU JIN CHEN,

    Claimant

                                            /

No. C 10-03054 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND INSTRUCTIONS TO COUNSEL**

      The Court has received the United States' separate case management conference statement. In light of the fact that Claimant Hui Jin Chen has not yet been extradited and has not appeared via counsel to set forth her position, the Court DENIES, WITHOUT PREJUDICE, the United States' request to re-institute the stay of these proceedings. However, the Court VACATES all pending deadlines, and it CONTINUES the case management conference set for December 12, 2014 at 11:00 a.m. to Friday, June 12, 2015 at 11:00 a.m. A separate, or joint if appropriate by that time, case management conference statement shall be due on June 5, 2015.

      It is FURTHER ORDERED that the United States shall serve a copy of this Order on the Office of the Federal Public Defender for the Northern District of California by no later than December 12, 2014. It is FURTHER ORDERED that the Office of the Public Defender will

1 submit a status report by no later than January 9, 2015, regarding its position on whether it can
2 and will continue to represent Ms. Chen in these proceedings or whether it will seek to
3 withdraw as counsel. The Court notes that it has not vacated the Order appointing counsel
4 dated May 3, 2011 (Docket Nos. 45, 49).

**IT IS SO ORDERED.**

Dated: December 5, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE