1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY  (CABN 130238)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6857
7       FAX: (415) 436-7234
        Email:  patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9
                           UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11
                                   OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,           )
                                       )           No. 10-CV-3054 JSW
14              Plaintiff,             )
                                       )
15      v.                             )
                                       )   ADMINISTRATIVE MOTION TO
16 DEFENDANT PROCEEDS FROM SALES       )   TAKE THE JANUARY 23, 2015
   OF COUNTERFEIT MERCHANDISE,         )   SETTLMENT CONFERENCE OFF
17 INCLUDING:                          )   CALENDAR OFF CALENDAR AND
                                       )   [PROPOSED] ORDER
18 (1) APPROXIMATELY $3,987 IN U.S.    )
   CURRENCY FROM A RESIDENCE           )
19 LOCATED AT 558 UNION ST., SAN       )
   FRANCISCO, CA; AND                  )
20                                     )
                Defendant.             )
21                                     )
   _____)
22                                     )
                                       )
23                                     )
   HUI JIN CHEN                        )
24                                     )
                Claimant.              )
25                                     )
   _____)
26

27

28

Because the only claimant in this action is also a fugitive who is being extradited from Canada, the Court set the next case management conference for June 15, 2015. *See* Case Management Statement of the United States, filed December 4, 2014; Order Continuing Case Management Conference, etc., filed December 5, 2014. To require the United States to go forward with a Settlement Conference and prepare a Settlement Conference Statement would be unduly burdensome because it is unlikely that claimant will have been extradited from Canada. Fed. R. Civ. P. 1. Accordingly, the United States requests that the Settlement Conference be taken off calendar and rescheduled, if appropriate, at the June 15, 2015 case management conference.

                            Respectfully submitted,

                            MELINDA HAAG
                            United States Attorney

Dated: December 22, 2014                   /s/
                            PATRICIA J. KENNEY
                            Assistant United States Attorney

UPON CONSIDERATION OF THE FOREGOING, and the entire record, it is by the Court on this  5th  day of January 2015.

ORDERED that the administrative motion of the United States be, and hereby, is GRANTED; and it is further

ORDERED the Settlement Conference scheduled for January 23, 2015 be, and hereby, is taken off calendar and the Court will reschedule it at the June 15, 2015 case management conference.

                            /s/ Kandis Westmore
                            KANDIS WESTMORE
                            United States Magistrate Judge