IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTERFEIT MERCHANDISE AND PROCEEDS FROM SALES OF COUNTERFEIT MERCHANDISE,<br><br>    Defendants.<br>_____ / | No. C 10-03054 JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has received and considered the United States' case management conference statement, and its request to stay this case until the prosecution in a related case is completed and to continue the case management conference. The Court is inclined to stay this matter pending resolution of the related criminal case. However, because it is not yet clear whether claimant Hui Jin Chen will be represented by counsel in this case, the Court will not issue a final ruling on that request. The Court CONTINUES the case management conference scheduled for June 12, 2015 to July 31, 2015 at 11:00 a.m. The parties shall file a further case management conference statement by July 24, 2015. If Claimant will be proceeding without counsel, the parties may file separate case management statements.

**IT IS SO ORDERED**

Dated: June 8, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE