IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>DEFENDANT PROCEEDS FROM SALES OF COUNTERFEIT MERCHANDISE, INCLUDING,<br><br>(1) APPROXIMATELY $3,987 IN U.S. CURRENCY FROM A RESIDENCE LOCATED AT 558 UNION ST., SAN FRANCISCO, CA et al.,<br><br>      Defendants.<br><br>HIU JIN CHEN,<br><br>      Claimant<br>_____/ | No. C 10-03054 JSW<br><br>**SUA SPONTE REFERRAL ORDER** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Charles R. Breyer to determine whether it is related to *United States v. Hui Jin Chen, et al.*, Case No. 10-CR-565.  The case management conference set for July 31, 2015 at 11:00 a.m. is HEREBY VACATED and shall be reset, if necessary, by further order of the Court.

**IT IS SO ORDERED.**

Dated: July 17, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE