IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>DEFENDANT PROCEEDS FROM SALES OF COUNTERFEIT MERCHANDISE, INCLUDING,<br><br>(1) APPROXIMATELY $3,987 IN U.S. CURRENCY FROM A RESIDENCE LOCATED AT 558 UNION ST., SAN FRANCISCO, CA et al.,<br><br>      Defendants.<br><br>HIU JIN CHEN,<br><br>      Claimant<br>_____/ | No. C 10-03054 JSW<br><br>**AMENDED SUA SPONTE REFERRAL ORDER** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Charles R. Breyer to determine whether it is related to *United States v. Hui Jin Chen, et al.*, Case No. 10-CR-565.  The case management conference set for July 31, 2015 at 11:00 a.m. is HEREBY VACATED and shall be reset, if necessary, by further order of the Court.

Although the Federal Public Defender has indicated its intent to withdraw as counsel for Claimant, the Court HEREBY ORDERS the Federal Public Defender to serve a copy of this

//

//

//

1  Order on Claimant and to file proof of such service with the Court.

2  **IT IS SO ORDERED.**

3  Dated: July 17, 2015



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE