**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C10-03054 CRB |
| Plaintiff, | **ORDER STAYING CIVIL CASE** |
| v. | |
| DEFENDANT PROCEEDS FROM SALES OF COUNTERFEIT MERCHANDISE, INCLUDING: | |
| (1) APPROXIMATELY $3,987 IN U.S. CURRENCY FROM A RESIDENCE LOCATED AT 558 UNION ST., SAN FRANCISCO, CA; AND | |
| Defendant.     / | |
| HUI JIN CHEN | |
| Defendant.     / | |

Good cause appearing therefor, the Court STAYS this case until prosecution of Defendant Hui Jin Chen is completed. See 18 U.S.C. § 981(g)(1).

**IT IS SO ORDERED.**

Dated: August 4, 2015

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE