BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV 10-3054 CRB |
|     Plaintiff, | JUDGMENT OF FORFEITURE AND DISMISSAL |
|   v. | |
| COUNTERFEIT MERCHANDISE AND PROCEEDS FROM SALES OF COUNTERFEIT MERCHANDISE, ET AL.,, | |
|     Defendant. | |

UPON CONSIDERATION of the Parties' Settlement Agreement, the entire record and for good cause shown, it is by the Court on this 17th day of May, 2016,

ORDERED, ADJUDGED AND DECREED that $1,993.50 of the defendant $3,987 shall be forfeited to the United States for disposition by the Attorney General in accordance with law; and it is

FURTHER ORDERED that this case be, and hereby is, dismissed.

_____
HON. CHARLES R. BREYER
United States District Judge